```
STEVEN L. DERBY, ESQ. (SBN 148372)
CELIA L. McGUINNESS, ESQ. (SBN 159420)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive Suite 1000
Oakland, CA 94612
(510) 987-8778
(510) 359-4414
info@dmglawfirm.com
```

Attorneys for Plaintiffs
WILLIPHIA SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIPHIA SMITH<br><br>    Plaintiff,<br><br>v.<br><br>AVANATH REALTY, INC.; AVANATH CAPITAL MANAGEMENT, LLC; RELATED URBAN MANAGEMENT COMPANY, LLC and DOES 1-20, INCLUSIVE,<br><br>    Defendant. | CASE NO. 3:19-cv-04156-JSC<br><br>Civil Rights<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT RELATED URBAN MANAGEMENT COMPANY, LLC**<br><br>[PROPOSED] ORDER |

Plaintiff WILLIPHIA SMITH and Defendant RELATED URBAN MANAGEMENT COMPANY, LLC acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal without Prejudice of this action, only as it pertains to Defendant RELATED URBAN MANAGEMENT COMPANY, LLC with each party to bear its own attorney's fees and costs. This stipulation does not affect Plaintiff's claims against any other defendant in this action.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2019 | DERBY, McGUINNESS & GOLDSMITH, LLP |
| 2 | | |
| 3 | | _/s/_____ |
| 4 | | By Steven L. Derby<br>Attorneys for Plaintiffs |

Dated: September 9, 2019            RELATED CALIFORNIA

                                                                                                                  _/s/_____
By Brian Gentner
Attorney for Defendant
Related Urban Management Company, LLC

## FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on September 9, 2019, I, Steven L. Derby, attorney with Derby, McGuinness & Goldsmith, LLP received the concurrence of counsel Brian Gentner in the filing of this document.

                                                      _/s/ Steven L. Derby_____
Steven L. Derby, Esq.
DERBY, McGUINNESS & GOLDSMITH LLP

**ORDER**

At request of Plaintiff, all claims against Defendant RELATED URBAN MANAGEMENT COMPANY, LLC are dismissed without prejudice with each party to bear their own attorney's fees, costs and litigation expenses. This does not affect Plaintiff's claims against the remaining defendants.

Dated: September 10, 2019

*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley