1  STEVEN L. DERBY, ESQ. (SBN 148372)
   CELIA McGUINNESS, ESQ. (SBN 159420)
2  DEBORAH D. GETTLEMAN, ESQ. (SBN 267309)
   DERBY, McGUINNESS & GOLDSMITH, LLP
3  300 Lakeside Drive Suite 1000
   Oakland, CA 94612
4  Telephone: (510) 987-8778
   Facsimile: (510) 359-4414
5  Email: info@dmglawfirm.com

6  Attorneys for Plaintiff
   WILLIPHIA SMITH TYRONE McGEE, BENITA LACY,
7  WARRENE FULLER, JUANITA UCLARAY,
   KENNETH FINDLEY, LARRY MARSHALL,
8  ROXANE JONES and EVERETT STALLWORTH

9  *Defendants and their respective counsel listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIPHIA SMITH et al. | CASE NO. 3:19-cv-04156-JSC |
|---|---|
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE |
| AVANATH REALTY, INC et al. | |
| Defendants. | |

VICKIE V. GRASU (SBN 224278)
O'HAGAN MEYER
21550 Oxnard St., Suite 1050
Woodland Hills, CA 91367
Telephone: (213) 306-1610
Facsimile: (213) 306-1615
Email: vgrasu@ohaganmeyer.com

Attorneys for Defendant
AVANATH REALTY, INC.

```
ALBERT K. ALIKIN (SBN# 265119)
aalikin@goldbergsegalla.com
STEPHEN MAZZARA (SBN# 251849)
smazzara@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 1900 Los Angeles,
CA 90017
Telephone: 213.415.7200

Attorneys for Defendants
AVANATH CAPITAL MANAGEMENT, LLC
```

## [PROPOSED] ORDER

Upon mutual agreement of the parties, all claims against Defendants are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses, subject the Court's previous order of continuing jurisdiction to enforce the Court Enforceable Settlement Agreement for the Term Thereof (Docket 52).

**IT IS SO ORDERED.**

Dated: __August 13__, 2020

GRANTED
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA